## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:23-CR-00227-1-JRR |
| **KEVIN WALLACE** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 4th day of October, 2023, that David Walsh-Little is hereby appointed to represent the individual.

/s/
_____

Julie R. Rubin
UNITED STATES DISTRICT JUDGE