**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
LOGGED
ENTERED
RECEIVED

JUN 18 2025

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY_____
                          DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case No.   23-CR-227-JRR** |
| **KEVIN WALLACE** | * | |

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

___Julie Reamy (CJA)_____, and the Government was represented by Assistant United

States Attorney __James O'Donohue_____, it is

**ORDERED,** this __18th__ day of __June____ 2025 , that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____
Charles D. Austin
United States Magistrate Judge